UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:10-CR-28 |
| | ) | |
| MICHAEL CANNADY | ) | |

**O R D E R**

On January 5, 2011, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to the lesser

included offense in Count One of the Indictment, conspiracy to manufacture, distribute, and

possess with the intent to distribute five (5) grams or more of methamphetamine (actual) and fifty

(50) grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of 21 USC §§ 846 and

841(b)(1)(B), and to Count Three of the Indictment, felon in possession of a firearm or

ammunition, in violation of 18 U.S.C. § 922(g), in exchange for the undertakings made by the

government in the written plea agreement; (b) the Court adjudicate Defendant guilty of the

charges set forth in the lesser included offense in Count One of the Indictment and to Count

Three of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred

until sentencing; and (d) Defendant shall remain in custody pending sentencing in this matter

(Doc. 117).  Neither party filed an objection within the given fourteen days.  After reviewing the

record, the Court agrees with the magistrate judge's report and recommendation.  Accordingly,

the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant

to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count One of the Indictment and to Count Three of the Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense in Count One of the Indictment and to Count Three of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, April 18, 2011, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

_/s/Harry S. Mattice, Jr._
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE